1  Nelson C. Barry, III, Esq.
   State Bar No.: 87839
2  Agatha I. Panday, Esq.
   State Bar No.: 273696
3  LAW OFFICES OF NELSON C. BARRY, III
   5228 Diamond Heights Blvd.
4  San Francisco, CA 94131
   Telephone:  (415) 587-0550
5  Facsimile:    (415) 587-1211

6  Attorneys for Plaintiffs

7

8  Thomas R. Beer, Esq.
   Peter J. Felsenfeld, Esq.
9  Barger & Wolen LLP
   650 California St, 9th Flr
10 San Francisco CA 94108

11 Attorneys for Defendant Poly-Clip

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ERIC GREENWAY, NAOMI GREENWAY ) | **Case No. 1:12-cv-01978-AWI-GSA** |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER FOR** |
| v. ) | |
| ) | **DISMISSAL** |
| POLY-CLIP SYSTEM CORPORATION ) | |
| AND DOES 1 TO 100, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.

Dated:  April 3, 2013                                                                 Law Offices of Nelson C. Barry III

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

PAGE 1

                                                                     /s/ Agatha Panday\
                                                                         Nelson C. Barry III\
                                                                            Agatha I. Panday\
                                          Attorneys for Plaintiff Eric Greenway

Dated:  April 3, 2013                                                                      Barger & Wolen LLP

                                                                      /s/ Peter J. Felsenfeld\
                                                                         Thomas R. Beer\
                                                                         Peter J. Felsenfeld\
                                           Attorneys for Defendant Poly-Clip

IT IS SO ORDERED.

Dated:  April 4, 2013                                                            _____\
                                                                          SENIOR  DISTRICT  JUDGE

---

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

PAGE 1