Nelson C. Barry, III, Esq.
State Bar No.: 87839
Agatha I. Panday, Esq.
State Bar No.: 273696
LAW OFFICES OF NELSON C. BARRY, III
5228 Diamond Heights Blvd.
San Francisco, CA 94131
Telephone:  (415) 587-0550
Facsimile:    (415) 587-1211

Attorneys for Plaintiffs

Thomas R. Beer, Esq.
Peter J. Felsenfeld, Esq.
Barger & Wolen LLP
650 California St, 9th Flr
San Francisco CA 94108

Attorneys for Defendant Poly-Clip

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ERIC GREENWAY, NAOMI GREENWAY ) | **Case No. 1:12-cv-01978-AWI-GSA** |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER FOR** |
| v. ) | |
| ) | **DISMISSAL** |
| POLY-CLIP SYSTEM CORPORATION ) | |
| AND DOES 1 TO 100, ) | |
| ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED, by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice.


Dated:  April 3, 2013                                                          Law Offices of Nelson C. Barry III

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

PAGE 1

|   |   |
|---|---|
|   | _____/s/ Agatha Panday_____ |
|   | Nelson C. Barry III |
|   | Agatha I. Panday |
|   | Attorneys for Plaintiff Eric Greenway |

Dated:  April 3, 2013                                          Barger & Wolen LLP

|   |   |
|---|---|
|   | _____/s/ Peter J. Felsenfeld_____ |
|   | Thomas R. Beer |
|   | Peter J. Felsenfeld |
|   | Attorneys for Defendant Poly-Clip |

IT IS SO ORDERED.

Dated:  April 4, 2013                  _____
                                                                SENIOR  DISTRICT  JUDGE

---

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL**

PAGE 1